✓ FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 1 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY____ｌＫＬ____ Z DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorney for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>1.  Eden Iren Ruiz Portillo,<br>    (Counts 1 and 3)<br><br>2.  Gabriel Noe Peraza Rubio,<br>    (Count 2)<br><br>                    Defendants. | No.   **CR-25-00881-PHX-KML (JZB)**<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 922(g)(5) and 924(a)(8)<br>(Possession of a Firearm by an Alien Unlawfully Present in the United States)<br>Counts 1 and 2<br><br>8 U.S.C. §§ 1326(a) and 1326(b)(1)<br>(Reentry of Removed Alien)<br>Count 3<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about May 11, 2025, in the District of Arizona, Defendant, EDEN IREN RUIZ PORTILLO, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: one Browning Arms Company, Model 1911 Black Label .380 pistol, Serial Number 51HYW07427, one Pioneer Arms Corporation, Model Hellpup, 7.62x39mm pistol, Serial Number PAC24PL28124, and one Pioneer Arms Corporation, Model Hellpup, 7.62x39mm pistol, Serial Number

PAC24PL28121, which had previously been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 2

On or about May 11, 2025, in the District of Arizona, Defendant, GABRIEL NOE PERAZA RUBIO, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: one Century Arms Inc., Model VSKA, 7.62x39mm pistol, Serial Number SV7P01477129, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 3

On or about May 11, 2025, at or near the Tonto National Forest, in the District of Arizona, Defendant, EDEN IREN RUIZ PORTILLO, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 27, 2024, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by 1326(b)(1).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1-3 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense(s) alleged in Counts 1-3 of this Indictment, defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense(s), and (b) any of defendants' property used, or intended to be

- 2 -

used, in any manner or part, to commit, or to facilitate the commission of, such offense(s), including, but not limited to the following property involved and used in the offense(s):

1. One (1) Browning Arms Company, Model 1911 Black Label .380 pistol, Serial Number 51HYW07427;

2. One (1) Pioneer Arms Corporation, Model Hellpup, 7.62x39mm pistol, Serial Number PAC24PL28124;

3. One (1) Pioneer Arms Corporation, Model Hellpup, 7.62x39mm pistol, Serial Number PAC24PL28121; and

4. One (1) Century Arms Inc., Model VSKA, 7.62x39mm pistol, Serial Number SV7P01477129.

If any of the above-described forfeitable property, as a result of any act or omission of defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//
//
//
//
//

- 3 -

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  June 10, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 4 -